PER CURIAM.

(No. 74-CC-257—Claimant )

AMERICAN PETROFINA CO. of TEXAS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT O AGRICULTURE, Respondent.

*Opinion filed February 28, 1974.*

AMERICAN PETROFINA CO. OF TEXAS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.